## AFFIDAVIT OF BRIAN OPPEDISANO

I, Brian Oppedisano, on oath depose and state the following:

1. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I have been employed by ATF for two and one half years.

2. I am currently assigned to a group in the Boston Field Division of ATF that, in part, works with the Boston Police Department ("BPD") to investigate and prosecute violations of federal firearms laws. I have participated in numerous investigations relating to the unlawful possession of firearms by convicted felons during the course of my service with ATF. I know from my training and experience that it is a violation of 18 U.S.C. § 922(g)(1) for a person who has been convicted of a crime punishable by a term of imprisonment in excess of one year to possess a firearm that has crossed a state or national boundary.

3. I submit this affidavit in support of a criminal complaint charging ROBERT M. SMITH, d/o/b 9/9/1976, with possession of a firearm and ammunition in violation of Title 18, United States Code, Section 922(g)(1). The facts stated herein are based upon my personal involvement in this investigation and

      my discussions with other law enforcement officers involved with this investigation. In submitting this affidavit, however, I have not included each and every fact known to me about the investigation, but only those facts that I believe are sufficient to establish the requisite probable cause.

4. On November 17, 2004, BPD officers responded to a call reporting that two African-American males appeared to be stripping a tan-colored car of its parts in front of 56 Bowdoin Avenue, Dorchester, MA. The caller described the first male as wearing navy blue jogging pants with a stripe, a black scally cap and a grey jacket. The caller described the second male as wearing blue jeans, a black jacket with a red stripe, and a blue scally cap.

5. BPD officers arrived at 56 Bowdoin Avenue and saw two males matching those descriptions removing parts from a gold-colored Acura Legend. The officers announced their presence, at which point one of the males, later identified as ROBERT M. SMITH, began to run. One of the officers chased after SMITH. During the course of this chase, SMITH ran through several yards and driveways in the neighborhood, and climbed over several fences, many of which were lined with barbed wire, before officers detained and arrested him. Upon arresting SMITH, officers discovered that he had sustained several fresh cuts on the palms of both hands.

6.  Officers then retraced SMITH's path from the gold-colored Acura. At the base of one of the fences over which SMITH climbed, officers discovered a right-handed black cotton glove. Next to the glove officers discovered a Sturm Ruger model P95DC 9mm pistol, bearing serial number 312-50906. There was one round of FC Brand 9mm Luger ammunition in the chamber of the pistol, and six additional rounds of FC Brand 9mm Luger ammunition in the magazine. The pistol was warm to the touch, and appeared in pristine condition, although it was lying on top of mud and some leaves.

7.  In one of the yards through which SMITH ran, officers found a left-handed black cotton glove that matched the right-handed glove they earlier by the fence. This left-handed glove had several tears in the palm.

8.  Based upon my training, experience, and discussions I have had with other law enforcement officers involved in this investigation, I know that both the Sturm Ruger .9mm pistol and the ammunition discovered in this case were not manufactured in the Commonwealth of Massachusetts. Therefore, both the pistol and the ammunition must have traveled in interstate commerce.

9.  I have reviewed the criminal record of ROBERT M. SMITH, d/o/b 9/9/1976, as maintained by the Massachusetts Criminal History Systems Board. That record indicates that in

November of 1995 SMITH had been convicted in Dorchester District Court (Docket # 9407CR6216) of Distribution/Dispense of a Class B Substance, a felony offense punishable by imprisonment for a term exceeding one year.

10. Based upon the foregoing, there is probable cause to believe that on or about November 17, 2004, in Dorchester, within the District of Massachusetts, ROBERT M. SMITH, after having previously been convicted of a felony offense, did knowingly possess a firearm and ammunition in and affecting commerce, to wit: a Sturm Ruger 9mm pistol bearing serial number 312-50906, and seven rounds of FC Brand 9mm Luger ammunition, in violation of 18 U.S.C. § 922(g)(1).

_____
BRIAN OPPEDISANO
Special Agent
Bureau of Alcohol, Tobacco and Firearms

Subscribed and sworn to before me on this 19th day of May, 2005.

_____
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE