✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

UNITED STATES

V.

ROBERT SMITH

**EXHIBIT AND WITNESS LIST**

Case Number:  05-842-MBB

| PRESIDING JUDGE BOWLER | PLAINTIFF'S ATTORNEY S. WAQAR HASIB | DEFENDANT'S ATTORNEY EILEEN DONOGHUE |
|---|---|---|
| TRIAL DATE (S) 5/26/2005 | COURT REPORTER DIGITAL | COURTROOM DEPUTY SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 5/26/05 |  |  | BRIAN OPPEDISANO, SPECIAL AGENT, A.T.F. for the govt. |
| 1 |  | 5/26/05 | X | X | AFFIDAVIT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1   Pages